IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 JUN 19 A 11: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AUNDRIA HELLING, ) | |
| ) | |
| PLAINTIFF, ) | CASE # 1:07-cv-545-MHT |
| ) | |
| VS. ) | |
| ) | |
| PENTAGROUP FINANCIAL LLC., ) | JURY DEMAND |
| ) | |
| DEFENDANT. ) | |

## COMPLAINT

### I. INTRODUCTION:

1. This is a Complaint for damages, actual and statutory damages, brought by the Plaintiff, Aundria Helling, against the Defendant, Pentagroup Financial, LLC. (hereinafter, "Pentagroup"), for Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq (hereinafter, "FDCPA").

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337.

3. Venue in this district is proper in that the Defendants regularly transact business here and the conduct complained of occurred here.

### III. PARTIES

4. Plaintiff, Aundria Helling, is a natural person residing in Dale County, Alabama.

5. Defendant, Pentagroup Financial, LLC, (hereinafter, "Pentagroup"), is a Texas corporation in the debt collection business with its principal place of business being located at 5959 Corporate Drive, Suite 1400, Houston, TX 77036.

## IV. FACTUAL ALLEGATIONS

6. On or before May 5, 2006, Plaintiff received telephone collection calls from Defendant, Pentagroup, regarding a debt allegedly owed to MBNA.

7. On May 5, 2006, Plaintiff's attorney, the Honorable David Rousseau, Esq. (hereinafter, "Attorney Rousseau"), advised the Defendant that he was the Plaintiff's legal counsel.

8. On June 21, 2006, the Defendant caused a letter containing a "Settlement Offer," hereinafter Exhibit " A," to be sent to the Plaintiff.

9. On June 21, 2006, the Defendant's employee accused the Plaintiff of having an inappropriate relationship with Attorney Rousseau.

## COUNT I - VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)

10. The Plaintiff adopts and incorporates paragraphs 1 through 9 as fully set out herein.

11. The Defendant, Pentagroup, received notification that Attorney Rousseau represented the Plaintiff in this matter.

12. Despite adequate notice regarding the Plaintiff's representation by an attorney, the Defendant violated the FDCPA by causing a letter, including a "Settlement Offer," Exhibit "A," to be sent to the Plaintiff.

13. The Defendant further violated the FDCPA by alleging that the Plaintiff carried on an inappropriate relationship with her attorney.

14. The Defendant violated various provisions of the FDCPA including, but not limited to, 15 U.S.C. § 1692c, -d, -e, -f & -g.

15. The Plaintiff has been damaged because of the Defendant's actions.

16. The Defendant's violation of 15 U.S.C. § 1692, *et seq* renders it liable for statutory damages, costs, and reasonable attorney fees. 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Aundria Helling, respectfully requests this Honorable Court enter judgment against the Defendant, Pentagroup Financial, LLC, for the following:

a)   Actual damages;

b)   Maximum statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k;

c)   Costs and reasonable attorney fees pursuant to 11 U.S.C. § 362(k)(1) and 15 U.S.C. § 1692k; and,

d)   For such other relief that is just.

Respectfully submitted this 18th day of June, 2007.

BROCK & STOUT

_____
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**EXHIBIT "A"**

P.O. Box 742209  
Houston, Texas 77274

**PENTAGROUP FINANCIAL, LLC**  
Toll Free: (800) 385-9060  
Houston Local: (832) 615-2100

ADDRESS SERVICE REQUESTED

Current Creditor: CACV of Colorado  
Current Account Number: 12904159040803038  
Original Creditor: Maryland National Bank, N.A.  
Original Account Number: 5490992997258193  
Current Balance: $17,065.37

June 21, 2006

DBT-SET

Aundria Helling  
150 Magnolia St.  
Ozark, AL 36360

Pentagroup Financial, LLC  
5959 Corporate Drive, Suite 1400  
Houston, Texas 77036

*IMPORTANT: To receive proper credit be sure to enclose this portion with your payment in full*

RE: SETTLEMENT OFFER

Dear Aundria Helling:

Your creditor has authorized us to offer you a settlement opportunity on the above referenced account. Upon clearance through the banking, system of the settlement amount indicated below your account will be considered settled. Payment of the total settlement amount must be received in our office no latter than the close of business on the date indicated below. If payment is not received in the indicated amount and within the time frame indicated, this offer will expire at that time.

This offer represents a substantial saving over the actual amount owed on this account and is an opportunity for you to take care of this obligation at a greatly reduced cost.

Amount you actually owe: $17,065.37  
Settlement amount: $6,730.67  
Due date: June 30, 2006

Please call one of our friendly and courteous representatives' at the toll free number listed above to discuss any questions you may have regarding this offer.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.