| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   C T Corporation System   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) 1675 Broadway, Ste 1200   C. Date of Delivery JUN 1 2 2007<br>Denver, CO 80202 |
| 1. Article Addressed to:<br>PentaGroup Financial, LLC.<br>c/o The Corporation Co.<br>Registered Agent<br>1675 Broadway, Ste. 1200<br>Denver, CO 80202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1:07CV545-MHT (cmp/sm 20 dy) | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0002 6866 5845 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540