IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **AUNDRIA HELLING,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:07-CV-545-MHT |
| **PENTAGROUP FINANCIAL, LLC,** ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW John W. Scott of the law firm of Scott Dukes & Geisler, P.C. and enters his appearance as counsel for Pentagroup Financial, LLC.

/s/John W. Scott
John W. Scott

Attorney for Defendant
Pentagroup Financial, LLC

**OF COUNSEL:**
SCOTT DUKES & GEISLER P.C.
2100 Third Avenue, Suite 700
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: David G. Poston, Esq., and Walter Blakeney, Esq.

DONE this the 12th day of July, 2007.

/s/ John W. Scott
Of Counsel